1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  LAUREN CUSICK, Bar# 257570
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   JACOB  RYAN VANCE

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,          )      2:10-mj-00143 KJN
                                       )
13              Plaintiff,             )      **STIPULATION AND ORDER**
                                       )
14       v.                            )      DATE: November 3,  2010
                                       )      TIME:  10:00 a.m.
15  JACOB RYAN VANCE,                  )      JUDGE: Hon. Kendall J. Newman
                                       )
16              Defendant.             )
                                       )
17  _____   )

18       It is hereby stipulated and agreed to between the United States of America through MATTHEW

19  STEGMAN, Assistant U.S. Attorney, and defendant, JACOB RYAN VANCE by and through his counsel,

20  LAUREN CUSICK, Assistant Federal Defender, that the court trial set for Friday, September 10, 2010 be

21  vacated, and that the following motion briefing schedule be set:

22       Defense motions:              September 22, 2010

23       Government opposition:        October 13, 2010

24       Defense reply:               October 27, 2010

25  The parties agree that a hearing on any and all defense motions will be set for November 3, 2010, at 10:00

26  a.m.

27       The court trial is being vacated to allow the defense to file any necessary pretrial motions, to allow the

28  government an opportunity to respond, and to schedule a hearing on the motions.

1

2  DATED: August 25, 2010       Respectfully submitted,
3                                      DANIEL J. BRODERICK
                                    Federal Defender

4                                      /S/ Lauren Cusick
5                                      LAUREN CUSICK
                                    Assistant Federal Defender
6                                      Attorney for Defendant
                                    JACOB RYAN VANCE

7

8  DATED: August 25, 2010       BENJAMIN WAGNER
                                    United States Attorney
9   

                                    /s/ Matthew Stegman
10                                     MATTHEW STEGMAN
                                    Assistant U.S. Attorney
11                                     Attorney for Plaintiff

12

13 IT IS SO ORDERED.

14

15 Dated: August 26, 2010

                                    /s/ Kendall J. Newman
16                                     KENDALL J. NEWMAN
                                    United States Magistrate Judge
17

18

19

20

21

22

23

24

25

26

27

28