```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  Linda Harter, Bar #179741
    Assistant Federal Defender
 3  Designated Counsel for Service
    MATTHEW FLEMING
 4  Certified Student Attorney
    GINA LE
 5  Certified Student Attorney
    801 I Street, 3rd Floor
 6  Sacramento, California 95814
    Telephone: (916) 498-5700
 7

 8  Attorney for Defendant
    JACOB RYAN VANCE
 9
```

10                    IN THE UNITED STATES DISTRICT COURT

11                  FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,     ) No. 2:10-mj-00143-KJN
                                  )
14              Plaintiff,        )
                                  ) STIPULATION AND ORDER
15       v.                       )
                                  )
16  JACOB RYAN VANCE,             ) Date:  September 29, 2010
                                  ) Time:  11:30 a.m.
17              Defendant.        ) Judge: Hon. Kendall J. Newman
                                  )
18  _____ )

19

20       IT IS HEREBY STIPULATED between the parties through their

21  respective counsel, Matthew C. Stegman, Assistant United States

22  Attorney, and Linda Harter, Assistant Federal Defender, attorney for

23  JACOB RYAN VANCE, that the Court extend the deadline for defendant's

24  Motion To Dismiss to September 29, 2010.

25       At present, additional time is needed by defense to adequately

26  draft a Motion To Dismiss.  In particular, more time is needed to

27  locate and contact witnesses concerning the events surrounding Mr.

28  Vance's case.

1 | The parties stipulate to the following briefing schedule:
2 | Defendant's Motion to Dismiss...................September 29, 2010
3 | Government's Opposition..........................October 18, 2010
4 | Defense Reply....................................October 27, 2010
5 | Hearing on the Motion............................November 3, 2010

Dated: September 20 , 2010
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Linda Harter
                                        _____
                                        LINDA HARTER
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JACOB RYAN VANCE

Dated: September 20 2010        BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Heiko P. Coppola
                                        _____
                                        HEIKO P. COPPOLA
                                        Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: September 21, 2010        /s/ Kendall J. Newman
                                        Kendall J. Newman
                                        United States Magistrate Judge