```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    GINA T. LE
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  JACOB RYAN VANCE

 9

10
                   IN THE UNITED STATES DISTRICT COURT
11
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,   ) Cr. S-10-143 KJN
15                              )
              Plaintiff,        )
16                              ) STIPULATION AND  ORDER
        v.                      )
17                              )
    JACOB RYAN VANCE,           ) Date:     November 17, 2010
18                              ) Time:     10:00 am
              Defendant.        ) Judge:    Hon. Kendall J. Newman
19                              )
    _____)
20
```

IT IS HEREBY STIPULATED between the parties through their respective counsel, Matthew C. Stegman, Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for JACOB RYAN VANCE, that the Court vacate the motion to dismiss hearing that is set for November 3, 2010. We respectfully request that the court set the hearing for November 17, 2010 at 10:00 a.m.

At present, additional time is needed by defense to obtain

1 documents that are pertinent to Mr. Vance's case.  The parties also
2 agree that the ends of justice served by granting defendant's request
3 for a continuance, outweigh the best interest of the public and the
4 defendant in a speedy trial, because the defense requires more time to
5 investigate and negotiate a resolution.  18 U.S.C. § 3161(h)(7)(A).

Dated: October 15, 2010
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Linda C. Harter
                                        _____
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        JACOB RYAN VANCE

Dated: October 15, 2010                 BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/ Matthew C. Stegman
                                        _____
                                        MATTHEW C. STEGMAN
                                        Assistant United States  Attorney

                          **ORDER**

IT IS SO ORDERED.

Dated: October 19, 2010                 /s/ Kendall J. Newman
                                        KENDALL J. NEWMAN
                                        United States Magistrate Judge