1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   GINA T. LE
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7

   Attorney for Defendant
8  JACOB RYAN VANCE

9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,       ) No. 2:10-mj-00143 KJN
15                                  )
                     Plaintiff,     )
16                                  ) AMENDED STIPULATION AND ORDER
        v.                          )
17                                  )
   JACOB RYAN VANCE,                ) Date:    November 10, 2010
18                                  ) Time:    5:00 p.m.
                     Defendant.     ) Judge:   Hon. Kendall J. Newman
19                                  )
   _____ )
20

21
        IT IS HEREBY STIPULATED between the parties through their
22
   respective counsel, Matthew C. Stegman, Assistant United States
23
   Attorney, and Linda C. Harter, Chief Assistant Federal Defender,
24
   attorney for JACOB RYAN VANCE, that the Court vacate the October 27,
25
   2010 due date for Defendant's reply.  We respectfully request that the
26
   court set the Defendant's reply to be due on November 10, 2010.
27
        At present, additional time is needed by defense to adequately
28

1  draft a response to the Government's opposition to the Defendant's

2  Motion to Dismiss.   The parties also agree that the ends of justice

3  served by granting defendant's request for a continuance, outweigh the

4  best interest of the public and the defendant in a speedy trial,

5  because the defense requires more time to investigate and negotiate a

6  resolution.   18 U.S.C. § 3161(h)(7)(A).

7

8  Dated: October 25, 2010

                                    Respectfully submitted,

9                                   DANIEL J. BRODERICK
                                    Federal Defender

10
                                    /s/ Linda C. Harter

11                                  _____
                                    LINDA C. HARTER

12                                  Chief Assistant Federal Defender
                                    Attorney for Defendant

13                                  JACOB RYAN VANCE

14
Dated: October 25, 2010      BENJAMIN B. WAGNER

15                                  United States Attorney

16
                                    /s/ Matthew C. Stegman

17                                  _____
                                    MATTHEW C. STEGMAN

18                                  Assistant United States  Attorney

19
                                       **ORDER**

20
IT IS SO ORDERED.

21

22  Dated: October 26, 2010         /s/ Kendall J. Newman
                                    KENDALL J. NEWMAN
                                    United States Magistrate Judge

23

24

25

26

27

28