IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                    No. 2:10-mj-00143 KJN

    v.

JACOB RYAN VANCE,

        Defendant.               <u>ORDER</u>

_____/

        Defendant is charged with two counts of violating 18 U.S.C. § 702 and two counts of violating 18 U.S.C. § 704(a). On November 17, 2010, the undersigned heard defendant's motion to dismiss the Information filed in this matter, which seeks dismissal on the grounds that 18 U.S.C. § 702 and 18 U.S.C. § 704(a) impermissibly infringe on rights secured by the First Amendment to the United States Constitution. (Dkt. Nos. 20, 29.) Although the nature of defendant's constitutional challenge was not entirely clear in his moving papers, defendant clarified at the hearing that his motion to dismiss only challenges Sections 702 and 704(a) as facially invalid and does not contain an as-applied challenge. However, at the hearing defendant preserved his right to make such an as-applied challenge after the factual record in this matter has been further developed.

////

1  For the reasons stated on the record at the hearing on defendant's motion to
2  dismiss, IT IS HEREBY ORDERED that defendant's motion to dismiss (Dkt. No. 20) is denied.
3  IT IS SO ORDERED.
4  DATED: November 18, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE