1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   GINA T. LE
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  JACOB RYAN VANCE

9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,     ) 2:10-mj-143 KJN
15                               )
                Plaintiff,       )
16                               ) STIPULATION AND [PROPOSED] ORDER
        v.                       )
17                               )
   JACOB RYAN VANCE,             ) Date:  February 7, 2011
18                               ) Time:  10:00 a.m.
                Defendant.       ) Judge: Hon. Kendall J. Newman
19                               )
   _____ )
20

21 IT IS HEREBY STIPULATED between the parties through their respective

22 counsel, Jill Thomas, Assistant United States Attorney, and Linda C.

23 Harter, Chief Assistant Federal Defender, attorney for JACOB RYAN

24 VANCE, that the Court vacate the court trial that is set for February

25 7, 2011.  We respectfully request that the court reset the court trial

26 to April 4, 2011 at 9:00 a.m.  At present, additional time is needed by

27 defense to obtain more documents and adequately prepare a defense for

28 trial.  The parties also agree that the ends of justice served by

granting defendant's request for a continuance, outweigh the best interest of the public and the defendant in a speedy trial, because the defense requires more time to investigate and negotiate a resolution. 18 U.S.C. § 3161(h)(7)(A).

Dated: January 31, 2011

          Respectfully submitted,

          DANIEL J. BRODERICK
          Federal Defender

          /s/ Linda C. Harter
          _____
          LINDA C. HARTER
          Chief Assistant Federal Defender
          Attorney for Defendant
          JACOB RYAN VANCE

Dated: January 31, 2011      BENJAMIN B. WAGNER
          United States Attorney

          /s/ Jill Thomas
          _____
          Jill Thomas
          Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: January 31, 2011      */s/ Kendall J. Newman*
          _____
          KENDALL J. NEWMAN
          United States Magistrate Judge