```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    GINA LE
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7  Attorney for Defendant
    JACOB RYAN VANCE
 8

 9

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14  UNITED STATES OF AMERICA,    ) No. MAG 10-143 KJN
                                 )
15              Plaintiff,       )
                                 ) STIPULATION AND [PROPOSED ORDER]
16       v.                      )
                                 )
17  JACOB RYAN VANCE,            ) Date: April 6, 2011
                                 ) Time: 9:00 a.m.
18              Defendant.       ) Judge: Hon. Kendall J. Newman
                                 )
19  _____ )

20

21  IT IS HEREBY STIPULATED between the parties through their respective

22  counsel, Jill Thomas, Assistant United States Attorney, and Linda C.

23  Harter, Chief Assistant Federal Defender, attorney for Jacob Ryan

24  Vance, that the Court vacate the court trial that is set for April 4,

25  2011 and set a change of plea hearing and sentencing.

26  //

27  //

28  //
```

1  The parties respectfully request that the court set the change of plea
2  hearing and possible sentencing for April 6, 2011 at 9:00 a.m.
3
4
   Dated: March 30, 2011
5                                       Respectfully submitted,
6                                       DANIEL J. BRODERICK
                                        Federal Defender
7
                                        /s/ Rachelle Barbour for
8                                       _____
                                        LINDA C. HARTER
9                                       Chief Assistant Federal Defender
                                        Attorney for Defendant
10                                      JACOB RYAN VANCE
11
   Dated: March 30, 2011               BENJAMIN B. WAGNER
12                                      United States Attorney
13
                                        /s/ Jill Thomas
14                                      _____
                                        JILL THOMAS
15                                      Assistant United States  Attorney
16
                         **ORDER**
17
   IT IS SO ORDERED.
18
   Dated: March 29, 2011
19
20
21
22                                      _____
                                        KENDALL J. NEWMAN
23                                      UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28

Name of Pleading                       -2-